JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DMITRY NAYGAS,<br><br>        Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 through 100, inclusive,<br><br>        Defendants. | **CASE NO.: CV 16-8270-GW(RAOx)**<br>**(Removed from Los Angeles County Superior Court Case No. BC635782)**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial:      None |

    The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

DATED: December 22, 2016

                              Hon. George H. Wu
                              United States District Judge

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on **December 22, 2016**, a true and correct copy of the foregoing **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

Robert L. Starr, Esq.
Adam Rose, Esq.
LAW OFFICES OF ROBERT L. STARR, APC
23901 Calabasas Road, Suite 2072
Calabasas, California 91302
Tel:    (818) 225-9040
Fax:    (818) 225-9042
Email:  robert@starrlaw.com

Attorneys for Plaintiff

/s/ Richard L. Stuhlbarg
RICHARD L. STUHLBARG